Anatoliy SHABAN,
*Plaintiff-Appellant,*

*v.*

STATE FARM FIRE AND CASUALTY COMPANY,
an Illinois corporation,
*Defendant-Respondent.*

Multnomah County Circuit Court
15CV21724; A161967

398 P3d 507

Willard E. Merkel argued the cause for appellant. With him on the briefs was Merkel & Associates.

Janis C. Puracal argued the cause for respondent. With her on the brief were Anthony L. Reiner and Maloney Lauersdorf Reiner PC.

Before DeVore, Presiding Judge, and Garrett, Judge, and Haselton, Senior Judge.

PER CURIAM

Affirmed. *McBride v. State Farm Mutual Automobile Ins. Co.,* 282 Or App 675, 386 P3d 679 (2016).